Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

_____Tampa___ Division

| | |
|---|---|
| **Tamika Scott** | Case No. 8:23 cv 1247 KKM-AAS |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ☐ Yes ☐ No |
| -v- | |
| **St. Petersburg Police department** | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

**I.      The Parties to This Complaint**

**A.      The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Tamika Scott |
| Street Address | 5831 N4th 4th St |
| City and County | Philadelphia |
| State and Zip Code | Pennsylvania, 19120 |
| Telephone Number | 267-770-8300 |
| E-mail Address | stamika39@aol.com. |

**B.      The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5



Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*



St Petersburg Police District.
1301 1st ave Nth
St Petersburgh | Pinellas
Florida, 33705
(727) 893 - 7780
N/A

Defendant No. 2

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*



Amanda Newton | Detective
1301 1st ave Nth
St Petersburgh | Pinellas
Florida, 33705
(727) 893 - 7780
N/A

Defendant No. 3

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*



Anthony Holloway
Chief of Police
1301 1st ave Nth
St. Petersburgh | Pinellas
Florida, 33705
(727) 893- 7780
N/A

Defendant No. 4

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Thadiaus Choffin
Detective Supervisor
1301 1st ave Nth
St Petersburgh | Pinellas
Florida, 33705
(727) 893- 7780
N/A

Page 2 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

   The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

   b.    If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

   The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant,  *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

   3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff          _____

Printed Name of Plaintiff       _____

### B.    For Attorneys

Date of signing: _____

Signature of Attorney           _____

Printed Name of Attorney        _____

Bar Number                      _____

Name of Law Firm                _____

Street Address                  _____

State and Zip Code              _____

Telephone Number                _____

E-mail Address                  _____

In 2021 I went to the St Petersburg police because I was being racially profiled + harassed by my neighbor in a apartment complex. All of my accounts and devices were hacked by this individual. when I went to the police they laughed and called me crazy and insinuated that I needed a new phone.

The district constantly sent a agency by the Name of C.A.L.L to my home unannounced. making claims that I was emotionally depressed and needed mental help. the police ie. Detective Newton + choffin continuously showed up to my house unannounced!

The police district claims to have done an investigation but none of my evidence was not accepted or looked at carefully. Half of the evidence that I have was never looked at at all and when trying to submit evidence. im rejected by the St petersburg police.

I've been maliciously Stalked, harassed, and privacy has been invaded and the St Petersburg police district refuses to assist me in anyway.

when the investigation was "concluded" I was told by detective that I did not experience any of what I claimed when living on the primises of 900 thirdst 4th.

From the very begining the St Petersburg Police district insinuated that I was mentally insane without any evidence, that information was shared with the property manager, and I was then asked to leave my apartment which then made me homeless during a pandemic

Since 2021 I've been reaching out to the police district to prsent new evidence that presents itself. They wont except it, I've been trying to get a new detective to reopen my case and look at my

evidence, they wont allow it.
I've made several reports to the
OPPS department to no avail. I
was told by detective Lewis that
their decsions were final and no
institution would help me with
this case.
I have recorded videos of me
reaching out to the St petersburg
police in distress and being rejected
I have evidence that the conclusion
to Amanda Newtons investigation are
false. In may of 2022 when Amanda
Newton reported this informaton to the
property managment I was then
asked to leave at the end of my
lease in June.
Because I recieved such harsh
treatment, discrimination, obstruction
of justice and violation of rights
from the St petersburg police. I then
took matters into my own hands in
July of 2021 and created a facebook
page airing out the situation, ie,
the cops, the suspect, and all of
my evidence.

because I experienced so much
abuse by the suspect + the st
Petersburg police. I also became
emotionally distressed + mentally
and started to experience psycosis
mental experiences and traumatizations.
In july of 2021 one detective
Maric reached out + illegally
interigated my father over the phone
and proceeded to ask if I had
mental issues and proceeded to tell
my father that I was stalking +
harrassing the suspect. Then she
explained to my father that I
decided to move out of the
apartment. when really I was asked
to leave because of the claims of
the st petersburg police. telling other
individual + intitties that I was
mentally insane before they ever had
any evidence to prove it.

In october of 2021. The st
petersburg police filled stalker
charges on me with the D/A.

I am now fighting malicious stalking charges in court, in which my right to a fair trial was taken away because the public defender racheal wise had me deemed incompitent. The court will not except my evidence and won't let me speak for myself on the stand. I was told by judge Robert Ditmer, Racheal Wise, and Tara Anderson that being deemed incompitent does not effect my record. However I was never found guilty but its on my record as a cause for concern that Imast I have Stalking Charges (malicious stalking charges) and I'm completely incompintent which has effected my career, my business, chareeter and lively hood. I can't get a place and jons have become limited and my business is suffering because of my repitation of being completely incompitent.

I reached out to Anthony Hollaway Cheif of police several times and was Ignored. I tried to present my

evidence at the police station
They would not let me,
The chief of police called the baby
and sent me a message saying
that he would give me a call around
3pm, that was on May 7, 2021.
I haven't heard from him since.
The chief of police condoned and
supported the actions of the detectives.

Thadius Choffin is the supervisor
detective over Amanda Newton, He
and Amanda Newton invaded my
right to privacy by showing up to
my house unannounced and looking
around on multiple occassions
I last reached out to him in late
2022 early 2023, trying to get a
new detective on my case he
refuse to respond and contiously
neglect.

The st Petersburg police filed stalking
charges on me making false claims
that I was digging in Nadia
Karapetians trash can, They have

No physical evidence that proves I was digging in trash cans as a rusIt in trying to stalk Nadia Karapetian

The St Petersburg police also made claims with the D/A and statements in court that they had evidence of me harassing a bank manager in Atlanta, GA. in effort to slander my charecter.

The St Petersburg police stalked my social media accounts to try and gather incriminating evidence against me.

In july of 2021 due to being put out of my home because of this situation I delt with more racial discrimination in the state of Georgia with a bank that I banked at. The bank was neglegent and I put the story on my social media. Thats how the st Peters burg police district got that information. they've used malicious tactics to slander my reputation and my name.

I have evidence that what proves the st petersburg police intentionally and maliciously used false claims about harassing a bank managor to slander me. I sued Amirs bank in 2021 for neglegence and they seatled out of court.

One doctr Jill poorman has deemed me incompetent but did not give me a competency test. She only asked me questions about what happened between me and Nadia karapetian. She then insisted that I was delusinal with out looking into any evidence.

I have several pieces of evidence showing Nadia karapetian attached to several accounts, most importantly my business accounts.

I am suing the St Petersburg
Police district for $3,000,000

- Racial Discrimination
- Tampering with Evidence
- obstruction of justice
- Neglegence
- violation of civil rights
- invasion of privacy
- Stalking
- harassing
- illegal infurigation of family
- Misconduct
- corruption
- Slander
- Racial profiling
- Conspiracy
- Mental + Emotional abuse
- Emotional + physical damages.
- Defamation of character.
- Finacial damages
- ~~Emotional distress~~ N/A
- Damages to lively hood

I am suing for 3 million dollars because the St Petersburg police district and Pinellas County judicial system has intentionally and maliciously attacked me because of my race, and personal projections.

I have never experienced racial discrimination as a black woman until I moved to Pinellas County in the state of Florida at the age of 35.

St Petersburg police district has been neglegent with my case. They made a conicaus decision not to help me, which I was told by public defender supervisor that the police have a right to deny mad citizens if they choose to. In an effort to cover up their neglegence, malicaus stalking charges were falum filed, against me to discredit me

When the St Petersburg police failed to conduct a proper investigation, I told them that they are extremely incompetent

in which I was then deemed
incompetent in 2022.
The St petersburg Police has
conceausly decided to fight with
me rather than protect + serve.
The St petersburg Police has had
influence over everything I've
tried to do to protect myself + my
rights.
The St Petersburg Police district
Protected and harbored a criminal/
suspect. Then turned around and
filed Stalking Charges on me
when I aired the situation out on
the internet.
The St petersburg Police conducted a
extensive investigation on behalf
of m suspect Nadia Neli Karapetan
Reyes and told me all the messages
that I recieved from Google, yahoo.
and other social sites were fake and
not real. and that I need psycholog-
ical help. and a New phone.

After only 1 year of living in Florida I was asked to leave my home which left me homeless during a pandemic in 2021. I've been homeless since 2021 and now have stalking charges on my record that will prevent me from getting a home anywhere.

My career has been effected. I've been a Certified Nursing Assistant for 15 yrs. which jobs are now limited. I've been a chef for 3 years, Jobs are now limited because they're background checks for cooks, as well. I have not been found guilty but the charges are effecting my character this case has remained open since October, 2021 my next court date is June 24.

A one doctor Jill Poorman keeps deeming me incompetent and delusional with$^{out}$ giving a proper Psychological test. (without)

I am tramatized, I've developed a fear of the police + most importantly I am not afraid of white People.

I fear for my life because I am a black woman a racesim is at an all time high in the state of Florida, I also feel that I would never trust or go to the police for any kind of help.
I ive developed nightmares and a over all fear of sosiety

In attempt to survive. I had to steal 3 cars from 3 different rental companies, and I what to get back to philadelphia. I was forced + provoked by the St petersburg police to live in criminal energy.
I am a lawbading citizen and didn't have any record before this.

Prior case number with St
Pete Police

C 2021 - 030206
Computer Crime report

C 2021 - 009902

C. 2021 - 013056

Suspicous Activity/Harassmet/
Stalking.

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT,
IN AND FOR PINELLAS COUNTY, FLORIDA

Case No.: **21-004876-FD  Section 17**
UCN: **522021DR004876XXFDFD**

TAMIKA SCOTT
VS.
NADIA KARAPETIAN, ALSO KNOWN AS NIDIA REYES

**ORDER OF DISMISSAL OF ☐ TEMPORARY INJUNCTION ☒ TEMPORARY INJUNCTION DENIED
☐ FINAL INJUNCTION FOR PROTECTION AGAINST
☐ DOMESTIC VIOLENCE ☐ REPEAT VIOLENCE ☐ DATING VIOLENCE
☐ SEXUAL VIOLENCE ☒ STALKING**

THIS CAUSE came before the Court on {date} July 13, 2021, upon Petitioner's action for an injunction for protection against: domestic violence; repeat, dating, or sexual violence; or stalking.  Based upon the following circumstances, the Court dismisses the Petition:

{Choose all that apply}

☐ Petitioner requested a dismissal in writing
☐ Petitioner failed to appear at the hearing scheduled in this cause.
☐ Petitioner appeared at the hearing but desires to voluntarily dismiss this action.
☒ The evidence presented is insufficient under Florida law (sections 741.30, 784.046, or 784.0485, Florida Statutes) to allow the Court to issue an injunction for protection against domestic, repeat, dating, or sexual violence; or stalking.

Accordingly, the case is dismissed without prejudice.

**DONE AND ORDERED** in Pinellas County, Florida on this the 13th day of July, 2021

_____
CIRCUIT JUDGE

COPIES TO:
Sheriff of Pinellas County
Petitioner ☐ by U.S. Mail ☒ by hand delivery in open court
Respondent ☐ by U.S. Mail ☒ by hand delivery in open court
☐ State Attorney's Office          ☐ Other:

I CERTIFY the foregoing is a true copy of the original as it appears on file in the office of the Clerk of the Circuit Court Pinellas County, Florida, and that I have furnished copies of this order as indicated above.

(SEAL)

KEN BURKE
CLERK OF THE CIRCUIT COURT & COMPTROLLER

By: _____
Deputy Clerk,

Order of Dismissal of Temporary Injunction for Protection Against Domestic Violence, Repeat Violence, Dating Violence,Sexual Violence, or Stalking (05/13) (12.980(c))  (rev. 8/14)







March 18
6:48 PM

Cancel                                    Edit

Log in with your phone number or
Facebook account

mika.p.s.7

Password

Log In

Create New Account



Mail body: Tamika Scott



Mail body: Tamika Scott



Mail body: Tamika Scott



Mail body: Tamika Scott





Mail body: Tamika Scott

---

◀ Camera ▪▪ LTE      **2:03 AM**      🔋

‹      **March 21**
     7:37 PM      Edit

# Where you're logged in

## Logins

📱 **iPhone 8 Plus • Ashburn, VA, United States**
Facebook app • Active now

📱 **iPad 6th Gen • Saint Petersburg, FL, United States**
Facebook app • Yesterday at 6:05 PM    ⋮

📱 **iPhone • Saint Petersburg, FL, United States**
Facebook for iOS • Yesterday at 3:45 PM    ⋮

**Log Out Of All Sessions**

# Review Log In

You can log out of this session.
If it wasn't you who logged in, we can take you
through a few steps to secure your account.

Mail body: Tamika Scott



◀ Camera ▪▮ LTE     **1:59 AM**     🔋

**March 17**
11:47 PM

**yahoo!**

15 minutes ago

---



Safari mobile, iOS       sign out
Virginia, United States
15 minutes ago

---



iPhone       sign out
St. Petersburg, Florida, United
States
2 days ago

---



Tamika's iPad       sign out
St. Petersburg, Florida, United
States
7 days ago

---

## Recent account changes

The most recent changes to your Yahoo account. show all



Email added
stamika39@aol.com
Wed, Mar 17, 2021 11:44 PM EDT

Mail body: Tamika Scott



# Recent activity ✕

## Unknown device

Sign in history for the last 30 days

Virginia, United States

Wed, Mar 17, 2021 11:43 PM EDT

IP: 18.215.119.234

Mail body: Tamika Scott

---

◄ Camera ·ıl LTE      **2:01 AM**      ▮ ▸

**March 20**
8:22 AM      Edit



### Hi Tamika,

kundalinieclipse26@yahoo.com

We sent a code to **+1 (215) 863-1603** which was used to sign in to your Yahoo account.

### This sign in was on:

Device      safari mobile, ios

When      March 19, 2021 12:50:58 AM PDT

Where*      Virginia, United States
3.211.233.7

### If this was you, you're all set.

### If this wasn't you:
Please take these steps to secure your account.

1. Review your phone numbers and email addresses and remove the ones that don't belong to you.
https://login.yahoo.com/account/security

2. Review your account activity and remove the devices and apps that you don't recognize.
https://login.yahoo.com/account/activity

Mail body: Tamika Scott



Sent from AOL on Android

Mail body: Tamika Scott



Mail body: Tamika Scott



Sent from AOL on Android

Mail body: Tamika Scott



Mail body: Tamika Scott



## Session Info





**Log Out**

Sent from AOL on Android

Mail body: Tamika Scott



Mail body: Tamika Scott

May 2021



Sent from AOL on Android

Amanda Newton said Nadia Karapetian did not have access to the Internet in no way shape or form when she concluded her investigation.
Here is a HOTSPOT linked to Nadia's iphone.

Mail body: Tamika Scott



Sent from AOL on Android

This information came up when I googled an IP address I no longer have but gave to the St Pete PD and they ignored. However Nadia karapetian owned a Silver apple Macintosh. She was able to hide her identity using different VPNs + Configuration codes. Nadia was and Still is Accessing my accounts and devices using this apple Mac. ie an andriod and then Switched to iPhone using an Ashburn. VA VPN, in 2021-2022

Sent from AOL on Android

Mail body: Tamika Scott



Mail body: Tamika Scott

▪▪❙❙ Sprint 🛜                    8:58 PM                    🔋

✕                    

March — April 2021

# Are you trying to sign in?

 kundalinieclipse26@yahoo.com

## Device
CPU iPhone OS 14_7_1 like Mac OS X

## Near
Philadelphia, PA, USA

## Time
Just now

| ✕  No, don't allow | ✓  Yes, it's me |



Mail body: Tamika Scott

3:26 PM  Wed Mar 31  2021



.ıl 🛜 VPN 89% ▬

⟨  ⟩  📖  AA  🔒 complaint.ic3.gov  ↻  ⬆  ✛  ⧉

�f Cannot Open Page | 🅢 Shopify | ⓤ Unsubscribe | ⊠ 1C. IC3 Complaint Refe...

**Complaint Referral Form**
**Internet Crime Complaint Center**

Thank you for submitting your complaint to the IC3. Please save or print a copy for your records. **This is the only time you will have to make a copy of your complaint.**

┌─ **Victim Information** ─────────────────────────────────────────

Name: Tamika Scott
Are you reporting on behalf of a business? No
Business Name:
Is the incident currently impacting business [None]
operations?
Age: 30 - 39
Address: 900 3 st North
Address (continued):
Suite/Apt./Mail Stop: 7
City: St. Petersburg
County: Pinellis
Country: United States of America
State: Florida
Zip Code/Route: 33701
Phone Number: 2672598997
Email Address: stamika39@aol.com
Business IT POC, if applicable:
Other Business POC, if applicable:

┌─ **Description of Incident** ────────────────────────────────────

Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.

All of my electronics has been hacked into by my neighbor, I'm sure it's her but the St. Petersburg police said I don't have hard evidence, but admitted to it to a Sargent that came out name officer Qualey. She told him that she googled me and that's how she saw what I was posting on social media platforms about her, it we are not friends on any platform.
She has been controlling my devices by stopping my post and sending bugs to my phone. She has switched all of my social media passcodes. She changed the passcode to my Shopify business. I downloaded a look out app. I have all of the apps or sites she has been using to control my phone, There are thousands when I block her out she finds another way in my phone. I am being stalked and harassed by this girl. Through my electronics and I want a investigation started on her. If you need further evidence like the websites and apps she's using I can provide you with that, which st this point it's safe to say my identity has been stolen. I would like for someone to get in contact with me.
Her name is Nadia Karapetian p, She is 25 her birthday is April 15 born in 1995. She lives next door to me in apartment 6. I also would like to add that I googled some of the apps that she has been using and they in fact are hacker apps

Sent from AOL on Android

Mail body: Tamika Scott

◀ Camera ▪▮ LTE          2:06 AM                    ▮▮

                         April 12
◀                        11:08 PM                   Edit

I was logged completely out of google.

◉ LIVE
08 PM  Mon Apr 12
https://accounts.google    ×    +                    ▪▮ 📶 VPN 87% ▮▮

        ↻              🔒 accounts.google.com        🎙  ⬆  [1]  •••

This is Madia Karapetians phone
number recovering my google account.
I also had a Iphone and ipad at the
time  ×  Sign In

                        Google

                   Account recovery

           This helps show that this account really belongs to you

                    ↘ ◉ (831) 713-0278 ↙   Not my number.

Check your Galaxy A21

Pull down the notification bar and tap the sign-in notification. Tap Yes,
then tap 51 on your phone to sign in.

                        51

    Don't see the sign-in notification?         RESEND IT

Mail body: Tamika Scott



# Google

# Hi Kundalini Eclipse by INFINITY

 kundalinieclipse26@yahoo.com ∨

To continue, first verify it's you

Enter your password

ByeBitch26

☑ Show password

A PASSWORD I didn't create.

Forgot password?                    Next

MARCH - April 2021

Mail body: Tamika Scott

When trying to recover google account my
info did not sign in. Nadias info recovered
my accounts and attached to a different gmail
address.

Sign In

Google

Welcome

(831) 713-0278

Enter your password

Show password

Forgot password?

Next

English (United States)

Help    Privacy    Terms

Sent from AOL on Android

Mail body: Tamika Scott



Sent from AOL on Android

Nadia gave me her phone
number months befor she hacked
my accounts. That was one way
I identified it was Nadia.

Mail body: Tamika Scott



Sent from AOL on Android

Suspect kept attacking cameras on all devices making it so I could not record videos of evidence. This was also reported to St Petersburg police.

Mail body: Tamika Scott



Sent from AOL on Android

Mail body: Tamika Scott



Sent from AOL on Android

*As of 2023 /2023 [handwritten] are still being Hacked / accessed.*

Mail body: Tamika Scott

*New Phone Andriod As of November 2021* [handwritten, right margin]





Mail body: Tamika Scott



Mail body: Tamika Scott



Mail body: Tamika Scott



Sent from AOL on Android

Mail body: Tamika Scott



Mail body: Tamika Scott



*My online store*



Chrome on iOS

Apr 4, 2:52 pm **2021**
Ashburn (Virginia), United States

Log out

‹   ›   ⬆

●●●ll Sprint 📶   9:55 AM   ▭

Cancel   🔒 accounts.shopify.com   AA   ↻

**shopify**

Mobile Safari on iOS

Apr 3, 11:21 pm
Atlanta (Georgia), United States

Log out

Mobile Safari on iOS

Mar 21, 6:49 pm
St. Petersburg (Florida), United States

Log out

Safari on Mac OS X

Apr 3, 10:58 pm
Ashburn (Virginia), United States

Log out

Mail body: Tamika Scott





Chrome on iOS

Apr 4, 2:52 pm
Ashburn (Virginia), United States

Log out

Chrome on iOS

Jul 18, 3:15 pm

Log out

Sent from AOL on Android

Logging in & out of my Shopify business. via Shopify application.

Mail body: Tamika Scott



Sent from AOL on Android

Mail body: Tamika Scott



Sent from AOL on Android

Guest access had been set up on
my Computer. by Nadia Karapetian
using router admin.

Mail body: Tamika Scott



Sent from AOL on Android



3:37 AM Fri Dec 10

**Manage**  Tami

! Find support or report profile

Block

Search Profile

**Nadia's Profile link**
Nadia's personalized link on Facebook.

https://www.facebook.com/nadia.karapetian.7

Copy Link

In an effort to investigate how Nadia was hacking my Facebook + other accounts. I looked up her facebook URL on Bing search. My facebook business account appeared as an option under her facebook URL.

 News Feed    Friends    Watch    Marketplace    Notifications    Menu

Sent from AOL on Android

Mail body: Tamika Scott



Mail:body: Tamika Scott



Mail body: Tamika Scott



Mail body: Tamika Scott



Sent from AOL on Android

Mail body: Tamika Scott



Nadia Karapetian AKA Nidia Reyes Profile in my computer, I did not create.





My computer telling me Someone else has access.



Mail body: Tamika Scott



settings/addresses

### Profiles / Personal info

**Save and fill personal info**
Includes info such as name, date of birth, address and more

Personal info

+1 267-259-8997

tumiamor123@gmail.com

Tamika Scott, 900 3rd St N

(208) 590-0278

Nidia Reyes, California

Tamika Scott, tumiamor123

831-713-0278

5831 Nth 4th st, Philadelphia

Sent from AOL on Android

Mail body: Tamika Scott

◀ Camera ▪▮ LTE                    2:05 AM                                 ▭⟩

<                              April 10
                              6:02 PM                                    Edit

◎ LIVE



Save and fill personal info
Includes info such as name, date of birth, address and more

Personal info

(267) 259-8997

Tamika Scott, 19150

831-713-0278

5831 Nth 4th st. Philadelphia

Mail body: Tamika Scott



.ıll Sprint 📶                    8:01 PM                    44% 🔋

⚙️                    Block Log                    CLOSE

The connections blocked by Lockdown for the last
day are shown below. As per our Privacy Policy, all the
blocking is done on-device and never transmitted to
any servers for processing.

Blocked today:    **7,291**

*APP that kept loggin in to my accounts.*

| 8:01 PM | scontent.ftpa1-2.fna.fbcdn.net | ⓘ |
| 8:01 PM | scontent.ftpa1-1.fna.fbcdn.net | ⓘ |
| 8:01 PM | scontent.ftpa1-2.fna.fbcdn.net | ⓘ |
| 8:01 PM | scontent.ftpa1-1.fna.fbcdn.net | ⓘ |
| 8:01 PM | scontent.ftpa1-2.fna.fbcdn.net | ⓘ |
| 8:01 PM | scontent.ftpa1-1.fna.fbcdn.net | ⓘ |
| 8:01 PM | scontent.ftpa1-2.fna.fbcdn.net | ⓘ |
| 8:01 PM | scontent.ftpa1-1.fna.fbcdn.net | ⓘ |
| 8:01 PM | scontent.ftpa1-2.fna.fbcdn.net | ⓘ |



| 8:01 PM | scontent.ftpa1-1.fna.fbcdn.net | (i) |
| 8:01 PM | scontent.ftpa1-2.fna.fbcdn.net | (i) |
| 8:01 PM | scontent.ftpa1-1.fna.fbcdn.net | (i) |

Sent from AOL on Android

  

**DEAN & DEWITT**
PROPERTY MANAGEMENT

# NOTICE OF NON-RENEWAL

5/5/2021

Tamika Scott
900 3rd St N #7
St Petersburg, FL 33701

YOU ARE ADVISED THAT YOUR TENANCY AND/OR LEASE IF APPLICABLE, WILL NOT BE RENEWED. YOU MUST VACATE THE PREMISES NO LATER THAN **JUNE 30, 2021.** IN THE EVENT THAT YOU DO NOT VACATE THE PREMISES BY SAID DATE, LEGAL ACTION MAY BE TAKEN IN WHICH YOU MAY BE HELD LIABLE FOR HOLDOVER (DOUBLE) RENT, DAMAGES, COURT COSTS AND ATTORNEY'S FEES.

*Justin Dean*
Owner/Agent Signature and Printed Name

Dean & DeWitt Property Management
Property/Company Name

2852 20th Avenue N, St. Petersburg, FL 33713
Property/Company Address
727-820-0352
Telephone Number

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above notice was:

_____ delivered to _____ by hand

__XX__ posted on the premises described above in the tenants absence

on _____ May 5, 2021.

By: _George Dunigan - DDPM_____
**Owner/Agent**

Form provided to owner or agent by:
**LAW OFFICES OF HEIST, WEISSE & WOLK, P.A.**
**1-800-253-8428**