UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TAMIKA SCOTT,

    Plaintiff,

v.                                    Case No. 8:23-cv-01247-KKM-AAS

ST. PETERSBURG POLICE
DEPARTMENT, et al.,

    Defendants.

_____

## ORDER

On September 8, 2023, the Court adopted the Magistrate Judge's Report and Recommendation, recommending that Plaintiff Tamika Scott's Complaint and Supplements be dismissed, and her Motion to Proceed In Forma Pauperis be denied. R&R (Doc. 8); Order Adopting R&R (Doc. 11). Scott's initial deadline to file objections to the Report and Recommendation was August 28, 2023. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 6(d). The Court later extended that deadline to a date certain, September 4, 2023. *See* Extension Order (Doc. 10). Scott's objections were entered on the docket on September 11 after the Court had already adopted the Report and Recommendation. *See* Objections to R&R (Doc. 13).

As an initial matter, Scott's objections are untimely. The Court granted Scott an extension to file objections by a date certain, which she failed to do. *See* Extension Order. Even giving her the double benefit of Federal Rule of Civil Procedure 6(d)'s extra three days—Scott's August 28 deadline already included that time—the objections were not timely filed.[1]

Even if Scott's objections had been timely, they would not have changed the Court's decision to adopt the Report and Recommendation. Scott's complaint was a textbook shotgun pleading, filled with unconnected facts and legal phrases that failed to comply with the Federal Rules of Civil Procedure or "give the defendants adequate notice of the claims against them and the grounds upon which each claim rests." *Weiland v. Palm Beach Cnty. Sheriff's Off.*, 792 F.3d 1313, 1323 (11th Cir. 2015); Compl. (Doc. 1). Scott's supplements—filed in response to the Magistrate Judge's grant of leave to amend—were no better, again listing a menagerie of alleged wrongs without clearly connecting those allegations to any cause of action or a particular defendant. *See* Supplement (Doc. 6); Amended Supplement (Doc. 7).

---

[1] Although Scott's objections were entered on the docket on September 11, the record reflects that they may have been received sometime on September 8. *See* Objections to R&R. Regardless, the objections were filed after the Court's September 4 filing deadline.

Accordingly, it is **ORDERED**:

1. Scott's objections to the Magistrate Judge's Report & Recommendation are deemed untimely. In the alternative, her objections are overruled.

**ORDERED** in Tampa, Florida, on September 18, 2023.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge